UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-110 |
| VERSUS | SECTION: "R" |
| DAVIENQUE JOHNSON (BOND) | VIOLATION: 18 USC § 371<br>18 USC § 1341<br>18 USC § 2 |

**NOTICE OF SENTENCING**
(Previously set for November 29, 2022)

Take Notice that this criminal case has been set for a SENTENCING on MARCH 1, 2023 at 10:30 A.M., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C-279, New Orleans, LA 70130.

**The Court hereby orders that any request for the imposition of a non-guideline sentence comply with the deadlines established in LCrR 32.1.1 and 32.1.2 regarding the submission of motions or letters requesting departures from the Sentencing Guidelines**

Date: November 22, 2022

TO: Davienque Johnson (Bond)

**COUNSEL FOR JOHNSON:**
Juan Pablo Bernal
4902 Canal Street
Suite 201
New Orleans, LA 70119
juan.p.bernal@gmail.com

**If you change address,
notify clerk of court
by phone, 504-589-7683**

CAROL L. MICHEL, CLERK

by: Cherie Stouder, Case Manager

AUSA: Brandon Long, T.A.
Email: brandon.long@usdoj.gov

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

**JUDGE VANCE & MAGISTRATE**

**COURT REPORTER COORDINATOR
INTERPRETER: NO**

S/A Robert Orvin, FBI
neworleans@ic.fbi.gov