# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| **VERSUS** | **NO. 21-110** |
| **DAVIENQUE JOHNSON** | **SECTION R(2)** |

## ORDER RESETTING SENTENCING

Because of a conflict in the Court's calendar,

IT IS ORDERED that the Sentencing scheduled for Wednesday, May 3, 2023, at 10:30 a.m. before Judge Sarah Vance will be held at **10:30 a.m.** on **Wednesday, June 21, 2023.**

New Orleans, Louisiana, this 28th day of April, 2023.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**