UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 21-110 |
| DAVIENQUE JOHNSON | SECTION R (2) |

### ORDER RESETTING SENTENCING

Because of a conflict in the Court's calendar,

IT IS ORDERED that the Sentencing scheduled for Wednesday, June 21, 2023, at 10:30 a.m. before Judge Sarah Vance will be held at **10:30 a.m.** on **Wednesday, July 19, 2023.**

New Orleans, Louisiana, this 1st day of June, 2023.

_____
**SARAH S. VANCE**
UNITED STATES DISTRICT JUDGE