# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-110** |
| **v.** | * | **SECTION: "R"** |
| **DAVIENQUE JOHNSON** | * | |

\* \* \*

Considering the foregoing Motion by the United States, and the defendant's timely acceptance of responsibility;

**IT IS HEREBY ORDERED** that the defendant's offense level shall be decreased by three levels, pursuant to U.S.S.G. § 3E1.1.

New Orleans, Louisiana, this __20th__ day of _____July_____, 2023.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE